IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF KANSAS

**IN RE:**
    Monty D Hayes
    Rebecca L Hayes
        Debtors         Case No: 15-22271-13

## CHAPTER 13 TRUSTEE'S MOTION TO DISMISS CASE

    **COMES NOW** the Chapter 13 Trustee, W.H. Griffin, and hereby requests the Court enter an Order Dismissing the above captioned case without prejudice, and in support states and alleges the following:

    The Debtors have failed to abide by the Standing Order regarding conduit mortgage payments in a Chapter 13 in that the Debtors have not provided the Trustee with the Authorization to Release Information form and/or the Mortgage Creditor Checklist.

    The Plan is exceeding the allowed five year limitation. The Trustee calculates that the payment will need to increase to $4560.00 per month in order for the Plan to complete within the five year limitation.

    **WHEREFORE**, the Trustee moves the Court for an Order dismissing the above captioned case without prejudice as provided in 11 U.S.C. Section 1307(c).

    Dated: January 28, 2016

                            s/ W.H. Griffin, Chapter 13 Trustee
                            W.H. Griffin #08060
                            5115 ROE BLVD
                            SUITE 200
                            ROELAND PARK, KS 66205-2393
                            (913)-677-1311
                            (913)-432-7857 (Fax)
                            inquiries@13trusteekc.com