# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS

IN RE: Monty Hayes )
       Rebecca Hayes )   Case No.: 15-22271-13
              Debtors )

## DEBTORS' MOTION TO MODIFY (ABATE) AND INCREASE PLAN PAYMENTS

**COME NOW** Debtors, Monty and Rebecca Hayes, by and through counsel, and in support of their Motion to Modify, state as follows:

1. Debtors filed their petition for relief under Chapter 13 of the Bankruptcy Code on October 28, 2015.
2. Debtors pray the Court for an Order directing the Chapter 13 Trustee to abate all missed plan payments with payments through May 2016.
3. Debtors were aware they were not remitting full plan payments however did not realize how far in default they were.
4. The default was due to Debtor experiencing post-petition medical conditions causing Debtor to miss work and incur additional medical expenses for an extended amount of time. Debtor has now returned to work full time.
5. Debtors hereby increase their plan payment to $4,560.00 a month and will supply wage order information for Debtor.
6. It is in the best interests of the Debtors' Creditors and the Debtors' estate to remain in the plan.

**WHEREFORE,** Debtors pray the Court enter an order directing the Chapter 13 Trustee to abate all delinquent plan payments through May 2016 and for all other relief the Court deems just and proper.

Dated: 05/06/2016　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　WM Law

　　　　　　　　　　　　　　　　　　　s/ Jeffrey L. Wagoner
　　　　　　　　　　　　　　　　　　　Jeffrey L. Wagoner, KS#17489
　　　　　　　　　　　　　　　　　　　15095 W. 116th St.
　　　　　　　　　　　　　　　　　　　Olathe, KS 66062
　　　　　　　　　　　　　　　　　　　Phone (913) 422-0909
　　　　　　　　　　　　　　　　　　　Fax (913) 428-8549
　　　　　　　　　　　　　　　　　　　bankruptcy@wagonergroup.com
　　　　　　　　　　　　　　　　　　　ATTORNEY FOR DEBTORS

## NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING ON DEBTOR'S MOTION FOR AMENDMENT TO PLAN

　　　NOTICE IS HEREBY GIVEN that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before May 27, 2016 the Court will enter an order prepared and submitted by the movants within ten (10) days of the objection deadline and no hearing will be held.

　　　If an objection is timely filed, a nonevidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room 151, Kansas City, Kansas 66101, on June 14, 2016 at 1:30 p.m., or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFICATE OF SERVICE

　　　The undersigned hereby certifies that a copy of the foregoing was served on Friday, May 06, 2016 by providing an electronic copy to the William H. Griffin, Chapter 13 Trustee, and either electronically or by U.S. Mail, first class postage prepaid to all parties of interest.

　　　SEE ATTACHED MAILING MATRIX

　　　　　　　　　　　　　　　　　　　s/ Jeffrey L. Wagoner

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1083-2<br>Case 15-22271<br>District of Kansas<br>Kansas City<br>Fri May  6 13:06:08 CDT 2016 | PennyMac Loan Services, LLC<br>C/O Aldridge Pite, LLP<br>Fifteen Piedmont Center<br>3575 Piedmont Road, N.E.<br>Suite 500<br>Altanta, GA 30305-1636 | Kansas City Divisional Office<br>161 Robert J. Dole US Courthouse<br>500 State Avenue<br>Kansas City, KS 66101-2448 |
| Atmos Energy<br>PO Box 790311<br>Saint Louis MO 63179-0311 | Capital One<br>PO Box 30281<br>Salt Lake City UT 84130-0281 | Capital One Bank USA NA<br>PO Box 71083<br>Charlotte NC 28272-1083 |
| EOS CCA<br>PO Box 3488<br>Jefferson City MO 65102-3488 | Emergency Medicine Care, LLC<br>20333 W 151st Street<br>Olathe KS 66061-5350 | Emergency Medicine Care, LLC.<br>c/o ARSI<br>200 W Wyatt Earp Blvd<br>PO Box 136<br>Dodge City KS 67801-0136 |
| Executive Financial Consultant<br>310 Armour Road<br>Suite 220<br>Kansas City MO 64116-3541 | Ford Motor Credit<br>PO Box 542000<br>Omaha NE 68154-8000 | Internal Revenue Service<br>Centralized Insolvency Operati<br>PO Box 7317<br>Philadelphia PA 19101-7317 |
| Johnson County Anesthesiologis<br>PO Box 843018<br>Kansas City MO 64184-3018 | Kansas Counselors<br>PO Box 4115<br>Concord CA 94524-4115 | Kansas Department of Revenue<br>915 SW Harrison<br>Topeka KS 66625-0002 |
| Kansas Department of Revenue<br>Civil Tax Enforcement<br>P.O. Box 12005<br>Topeka KS 66601-3005 | Millsap & Singer<br>612 Spirit Drive<br>Chesterfield MO 63005-1259 | Missouri Department of Revenue<br>P.O. Box 475<br>Jefferson City, MO 65105-0475 |
| Missouri Department of Revenue<br>Taxation Division<br>PO Box 3488<br>Jefferson City MO 65102-3488 | Olathe Medical Services<br>14425 College Blvd.<br>Central Billing Office, STE100<br>Saint Louis MO 63132-2213 | Olathe Medical Services<br>20920 W 151st Street<br>Ste 206<br>Olathe KS 66061-7247 |
| Olathe ObGyn PA<br>20375 W 151st Street<br>Olathe KS 66061-5306 | PennyMac Loan Services LLC<br>Attn:  Correspondence Unit<br>PO Box 514387<br>Los Angeles CA 90051-4387 | PennyMac Loan Trust 2011-NPL1<br>c/o PennyMac Loan Services, LLC<br>6101 Condor Drive, Suite<br>Moorpark, CA 93021-2602 |
| Physician Reference Laboratory<br>7800 W. 110th St<br>Overland Park KS 66210-2304 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Regional Credit SVCS INC<br>1201 Jefferson St Suite 150<br>Washington MO 63090-4453 |
| SCP Distributors LLC<br>Attn Connie Dickinson<br>109 Northpark Blvd<br>Covington LA 70433-5005 | U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 | Walnut Creek Homes Association<br>c/o Martin & Pringle<br>9401 Indian Creek Pkwy<br>Ste 1150<br>Overland Park KS 66210-2271 |

| | | |
|---|---|---|
| Woman Within<br>PO Box 182273<br>Columbus OH 43218-2273 | Jeffrey L. Wagoner<br>W M Law<br>15095 W. 116th Street<br>Olathe, KS 66062-1098 | Monty D Hayes<br>15630 S. Lindenwood Drive<br>Olathe, KS 66062-6357 |
| Rebecca L Hayes<br>15630 S. Lindenwood Drive<br>Olathe, KS 66062-6357 | William H Griffin<br>5115 Roe Blvd Ste 200<br>Roeland Park, KS 66205-2393 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery
Riverside Commerce Center
120 Corporate Blvd Ste 100
Norfolk VA 23502

(d)Portfolio Recovery Associates
120 Corporate Blvd
Norfolk VA 23502

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PNMAC LOAN TRUST 2011-NPL1, BY PENNYMAC LO

End of Label Matrix
Mailable recipients    34
Bypassed recipients     1
Total                  35